# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CROWDER'S EXPRESS HARDWARE, INC.,

    Plaintiff,

v.                                      CASE NO: 8:12-cv-969-T-26AEP

ASSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Dismiss (Dkt. 12) is denied. Section 627.7074(10) of the Florida Statutes mandates a stay of a court proceeding during the neutral evaluation process not a dismissal of the action. Defendant's Motion to Abate and/or Stay (Dkt. 12) is denied without prejudice for failure of defense counsel to comply with the conferral requirement of Local Rule 3.01(g). Counsel for the parties are directed to confer *personally* within the next seven (7) days in a good faith effort to resolve the issue raise in the motion. In so doing, Plaintiff's counsel should be aware that this Court has previously addressed the issue raised in the motion and has ruled in favor of Defendant's position. See <u>Morejon v. American Sec. Ins. Co.</u>, ___ F.Supp.2d ___, 2011 WL 6287946 (M.D. Fla. 2011).

**DONE AND ORDERED** at Tampa, Florida, on May 25, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record