# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CROWDER'S EXPRESS HARDWARE, INC.,

    Plaintiff,

v.                                             CASE NO: 8:12-cv-969-T-26AEP

ASSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Plaintiff's Unopposed Motion to Lift Stay (Dkt. 16) is granted. The Clerk is directed to reopen this case. Defendant is directed to file a response to Plaintiff's complaint within fifteen (15) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on December 12, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record